## AUGUST 14, 2012

No. 11–626. LOZMAN *v.* CITY OF RIVIERA BEACH, FLORIDA.
C. A. 11th Cir. [Certiorari granted, 565 U. S. 1195.] Parties are
directed, and the Solicitor General is invited, to file letter briefs
addressing the following question: "The res in this putative *in
rem* admiralty proceeding was sold at a judicial auction in execu-
tion of the District Court's judgment on a maritime lien and a
maritime trespass claim, App. to Brief for Petitioner 9a–10a, and
subsequently destroyed, Brief for Petitioner 10–11. Does either
the judicial auction or the subsequent destruction of the res ren-
der this case moot?" Briefs, limited to 10 pages, are to be filed
simultaneously with the Clerk and served upon opposing counsel
on or before 2 p.m., Tuesday, August 28, 2012.